# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Green

V.

InterSolutions, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00298

JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 02/09/2007

TO: (Name and address of Defendant)

InterSolutions, Inc.
1418 Pennsylvania Avenue SE
Washington, DC 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Timothy B. Fleming, Esq. | Susan E. Huhta, Esq. |
| Lori B. Kisch, Esq. | Carolyn P. Weiss, Esq. |
| Wiggins, Childs, Quinn & Pantazis, PLLC | Washington Lawyers' Committee for Civil |
| 2031 Florida Avenue NW, Suite 300 |   Rights and Urban Affairs |
| Washington, DC 20009 | 11 Dupont Circle NW, Suite 400 |
| | Washington, D.C. 20036 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                FEB - 9 2007
_____              _____
CLERK                                   DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Linda Green

vs.

InterSolutions, Inc.

No. 1:07CV00298

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:25 pm on February 14, 2007, I served InterSolutions, Inc. at 1418 Pennsylvania Avenue, SE, Washington, DC 20003 by serving John Wagithrlv, Officer, authorized to accept. Described herein:

```
     SEX-  MALE
     AGE-  47
  HEIGHT-  5'11"
    HAIR-  BLACK
  WEIGHT-  185
    RACE-  BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  2-16-07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183696