AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LINDA GREEN

        Plaintiff(s)   )
     )   **APPEARANCE**
     )
     vs.   )   CASE NUMBER   1:07-CV-00298
INTERSOLUTIONS, INC.   )
     )
     Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Susan E. Huhta, Esq.  as counsel in this
                               (Attorney's Name)

case for:  Linda Green
            (Name of party or parties)

March 7, 2007
Date

*(signature)*
Signature
Susan E. Huhta
Print Name

453478
BAR IDENTIFICATION

11 Dupont Circle, N.W., Suite 400
Address

Washington, D.C.    20036
City   State   Zip Code

202-319-1000
Phone Number