AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LINDA GREEN

       Plaintiff(s)      )
                            )   **APPEARANCE**

           vs.        )   CASE NUMBER  1:07-CV-00298
INTERSOLUTIONS, INC.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Carolyn Weiss, Esq.  as counsel in this
                              (Attorney's Name)

case for:  Linda Green
         (Name of party or parties)

March 7, 2007
Date

                                                  Signature
                                                  Carolyn Weiss

480697
BAR IDENTIFICATION                        Print Name

                                                  11 Dupont Circle, N.W., Suite 400
                                                  Address

                                                  Washington, D.C.     20036
                                                  City         State        Zip Code

                                                  202-319-1000
                                                  Phone Number