AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Green

**SUMMONS IN A CIVIL CASE**

V.

InterSolutions, Inc.,
Drew Golin, and
Sarah Walder

CASE NUMBER:  1:07cv00298-EGS

TO: (Name and address of Defendant)

Sarah Walder
1331 North Carolina Ave, NE
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy B. Fleming, Esq.          Susan E. Huhta, Esq.
Lori B. Kisch, Esq.                Carolyn P. Weiss, Esq.
Wiggins, Childs, Quinn & Pantazis, PLLC   Washington Lawyers' Committee for Civil
2031 Florida Avenue NW, Suite 300    Rights and Urban Affairs
Washington, DC 20009               11 Dupont Circle NW, Suite 400
                                   Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAR 2 6 2007

CLERK                                   DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Linda Green

vs.

InterSolutions, Inc., et al.

No. 1:07CV00298-EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:30 am on April 5, 2007, I served Sarah Walder at 1331 North Carolina Avenue, NE, Washington, DC 20002 by serving Drew Golin, husband, a person of suitable age and discretion who stated he resides therein with the defendant. Described herein:

```
    SEX-   MALE
    AGE-   38
 HEIGHT-   5'10"
   HAIR-   BLACK
 WEIGHT-   180
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-6-07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186013