IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERSOLUTIONS, INC., ET AL.,<br><br>　　　　　Defendants. | CIVIL NO: 1:07CV00298-EGS<br>Status Conference: Feb. 6, 2008 |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR FILING
ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff Linda Green, by and through her undersigned counsel, respectfully requests that the Court extend the time for filing her answer to Defendants' Counterclaims until ten days after a ruling on her Motion to Dismiss Defendants' Counterclaims.

On June 19, 2007, Defendants filed an Answer to Plaintiff's Amended Complaint, Affirmative Defenses and Counterclaims. In their Counterclaims, Defendants allege Plaintiff violated the Electronic Communications Privacy Act, 18 U.S.C. §§ 2701, *et seq*. ("ECPA") and the D.C. Uniform Trade Secrets Act, D.C. Code 36-401 *et seq*. ("DCUTSA"), committed trespass to personal property and defamation, breached a fiduciary duty to InterSolutions, and breached a contract with InterSolutions. Plaintiff today filed a Motion to Dismiss Counterclaims One, Two, Three, Four, and Six, which

include the ECPA, DCUTSA, trespass to personal property, breach of fiduciary duty, and breach of contract claims.

Plaintiff hereby respectfully requests that the Court toll the time for filing Plaintiff's Answer to Defendants' counterclaims until ten days after an Order is issued regarding Plaintiff's Motion to Dismiss, in accordance with Fed. R. Civ. P. 12(a)(4)(A), as the content of Plaintiff's Answer will be determined by the Court's decision on the Motion to Dismiss.

Respectfully submitted this 12th day of July, 2007.

/s/ Lori B. Kisch

Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. NW
Suite 300
Washington, D.C. 20009
(202) 467-4123


Susan E. Huhta (DC Bar No. 453478)
Carolyn P. Weiss (DC Bar No. 480697)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFF***

**LCvR 7.1 Statement**

Pursuant to LCvR 7.1(m), Counsel for Plaintiff, Lori Kisch, informed counsel for Defendants, Manash Rath, that Plaintiff intended to file today a Motion to Dismiss certain of Defendants' Counterclaims and that Plaintiff also intended to request an extension to file her answer to Defendants' Counterclaims.  Ms. Kisch called Mr. Rath's office several times today beginning at 3:45.  Ms. Kisch spoke with his assistant on at least three separate occasions.  On each occasion she assured Counsel for Plaintiff that Mr. Rath was at work, had not left the building, and would return the call.  Counsel for Plaintiff also left a voicemail message for Mr. Rath and sent him an email asking for him to inform her whether Defendants would consent to the request for an extension to file the Answer.  Ms. Kisch did not receive a return phone call or email as of the time of the filing of the instant motion.  Should Mr. Rath contact Counsel for Plaintiff with Defendants position after the filing of this Motion, Counsel for Plaintiff will supplement this statement.

/s/__Lori B. Kisch_____
Lori Kisch

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of July, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


    By:
    ____/s/ Lori B. Kisch_____
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LINDA GREEN,                        )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   CIVIL NO: 1:07CV00298-EGS
                                    )
                                    )
INTERSOLUTIONS, INC., ET AL.,       )
                                    )
        Defendants.                 )
                                    )
_____)


## PROPOSED ORDER

WHEREAS Plaintiff has moved the Court to extend the time for filing her Answer to Defendants' Counterclaims to ten days after the Court rules on Plaintiff's Motion to Dismiss, Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that within ten days of the date of the Court's Order on Plaintiff's Motion to Dismiss, that Plaintiff shall file an Answer to all of Defendants' Counterclaims not dismissed by the Court.


                                        _____
                                        Emmet G. Sullivan
                                        UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.