IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-00298-EGS |
| ) | |
| INTERSOLUTIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

Defendants InterSolutions, Inc., Drew Golin, and Sara Walder, through undersigned counsel, state in opposition to Plaintiff's Motion to Dismiss Defendants' Counterclaims (Document 20) that the filing of Defendants' Amended Answer with Amended Counterclaims (Document 22) has mooted Plaintiff's Motion to Dismiss, and it must be denied.

**Procedural History**

On June 6, 2007, the Court ordered that Defendants Answer Plaintiff's Amended Complaint by June 19, 2007. Defendants filed their Answer with Counterclaims on June 19, 2007 (Document 16).

On July 12, 2007, Plaintiff filed a Motion to Dismiss Defendants' Counterclaims (Document 20).

On July 26, 2007, Defendants filed an Amended Answer with Amended Counterclaims (Document 22) pursuant to Federal Rule of Civil Procedure 15(a).

## Conclusion

Defendants request that the Court deny Plaintiff's Motion to Dismiss as moot because Defendants have filed Amended Counterclaims.

                                                        Respectfully submitted,

Date:   July 26, 2007

                                                       __/s/_Manesh K. Rath_____
Manesh K. Rath (D.C. Bar No. 457835)
*rath@khlaw.com*

Keller and Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Tel: (202) 434-4182
Fax: (202) 434-4646

Counsel for Defendants

.