IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GREEN,<br><br>      Plaintiff,<br><br>v.<br><br>INTERSOLUTIONS, INC., ET AL.<br><br>      Defendant. | CIVIL NO: 1:07CV00298-EGS |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE THAT Carolyn P. Weiss, pursuant to District Court Local Civil Rule 83.6(b), withdraws her appearance on behalf of Plaintiff Linda Green. No trial date has been set in this proceeding. The Washington Lawyers' Committee for Civil Rights and Urban Affairs, and the law firm of Wiggins Childs Quinn and Pantazis, shall otherwise continue to represent Plaintiff in this action.

Dated: August 1, 2007

Respectfully Submitted,

      /s/ Carolyn Weiss
Susan E. Huhta (DC Bar No. 453478)
Carolyn P. Weiss (DC Bar No. 480697)
Washington Lawyers' Committee for Civil Rights
and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. NW
Suite 300
Washington, D.C. 20009
(202) 467-4123

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                By:
                    /s/ Carolyn Weiss
                Attorney for Plaintiff