IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LINDA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO: 1:07CV00298-EGS |
| | ) | Status Conference: Feb. 6, 2008 |
| | ) | |
| INTERSOLUTIONS, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S EMERGENCY MOTION TO ORDER DEFENDANTS TO COMPLY WITH THIS COURT'S ORDER OF AUGUST 29, 2007 AND FOR SANCTIONS**

On August 29, 2007, this Court issued an Order quashing the subpoenas served by Defendants on Strategic Federal Credit Union, Charles Town Races & Slots, Dover Downs, America Online, and Sprint. In the Order of August 29, Defendants were ordered to "immediately notify the record holders of the Court's Order quashing these subpoenas." The deadline for these companies to respond to the subpoenas is today, August 31, 2007.

Plaintiff's counsel emailed counsel for Defendants twice on August 30th, requesting confirmation that the record holders of the companies served with the quashed subpoenas had been notified. Ex. 1. Counsel for Defendants did not respond to the emails. Counsel for Plaintiff called counsel for Defendants on August 31, 2007, and left voicemails for Mr. Rath, Mr. Sheffield, and Mr. Rath's assistant, but, as of the filing of this Motion, has not received a return call. Plaintiff's counsel advised Mr. Rath via voicemail that if Plaintiff's counsel did not hear from Mr. Rath by 11:30 a.m. today, Plaintiff's counsel would seek the Court's assistance. Kisch Decl., attached hereto.

1

Plaintiff's counsel has reason to believe that counsel for Defendants has not notified the record holds for some, if not all, of the companies served with the subpoenas, which this Court quashed on August 29, 2007. Plaintiff's counsel contacted the persons served with the respective subpoenas at the Strategic Federal Credit Union and at Dover Downs on August 31, 2007, and notified both regarding the Judge's Order of August 29th. As of 11:00 a.m. on August 31, 2007, neither company had been contacted by Defendants' counsel regarding the Judge's Order. Kisch Decl. Plaintiff's counsel does not have contact information for the record holders of America Online or Sprint. Plaintiff's counsel believes that the Charles Town Races and Slots has already mailed to defense counsel documents in response to the subpoena.

Plaintiff requests that this Court enter another Order requiring that counsel for Defendants contact America Online and Sprint by 3:00 p.m. today, August 31, 2007, to advise them of the Court's Order quashing the subpoenas. Plaintiff further requests that the Court order counsel for Defendants to provide Plaintiff's counsel with written confirmation that it has complied with the Court's order providing the telephone number(s), name(s) of the individual(s) contacted, and when such contacts occurred. Finally, Plaintiff requests that the Court order counsel for Defendants to provide written notice as to which companies it received documents from, whether any documents have been read by Defendants or Defendants' counsel, and by whom, and confirmation as to the date such documents have been destroyed.

Plaintiff further requests sanctions for the fees incurred in drafting this motion and the fees incurred in notifying the Federal Strategic Credit Union and Dover Downs.

Respectfully submitted this 31st day of August, 2007.

                                                             /s/ Lori B. Kisch
                                      Timothy B. Fleming (DC Bar No. 351114)
                                      Lori B. Kisch (DC Bar No. 491282)
                                      Wiggins, Childs, Quinn & Pantazis, PLLC
                                      2031 Florida Ave. NW, Suite 300
                                      Washington, D.C. 20009
                                      (202) 467-4123

        Susan E. Huhta (DC Bar No. 453478)
        Washington Lawyers' Committee for Civil Rights
        and Urban Affairs
        11 Dupont Circle, N.W., Suite 400
        Washington, D.C. 20036
        (202) 319-1000

        ***ATTORNEYS FOR THE PLAINTIFF***

## CERTIFICATE OF COMPLIANCE WITH LCvR 7.1(m)

I hereby certify that I emailed counsel for Defendants twice on August 30, 2007, *see* Ex. 1, and called counsel for Defendants on August 31, 2007, leaving voicemails for Mr. Rath, Mr. Sheffield, and Mr. Rath's assistant, in an attempt to reach an agreement regarding the subject matter of the current Motion. As of the filing of this Motion, I have not received a return call or e-mail. I advised Mr. Rath, counsel for Defendants, via voicemail that if I did not hear from Mr. Rath by 11:30 a.m. today, Plaintiff's counsel would seek the Court's assistance. *See also* Kisch Decl., attached hereto.

By:
   /s/ Lori B. Kisch
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of August, 2007, a copy of the foregoing Motion to Order Defendants to Comply With This Court's Order of August 29, 2007 and For Sanctions, the attached exhibit, affidavit, and Proposed Order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      By:
         /s/ Lori B. Kisch
      Attorney for Plaintiff

## Lori Kisch

| | |
|---|---|
| **From:** | Lori Kisch |
| **Sent:** | Thursday, August 30, 2007 10:11 AM |
| **To:** | 'Rath, Manesh' |
| **Cc:** | 'Susan Huhta' |
| **Subject:** | Intersolutions |
| **Importance:** | High |

Manash,

Pursuant to the court's order of yesterday, please confirm in writing by 3:00 today that you have informed Sprint, America Online, Federal Credit Union, Charles Town Races and Dover Downs, regarding the Judge's Order of yesterday and that they are not to produce any documents to you. If you send any written correspondence to that affect, please send us a copy as well. Also, please confirm by the end of the day that you have destroyed all documents which you received from any of the above.

Thank you.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
2031 Florida Ave, N.W., Suite 300
Washington, D.C. 20009
Tel: 202-263-3681
Fax: 202-467-4489

*Privilege and Confidentiality Notice*
*This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.*



## Lori Kisch

| | |
|---|---|
| **From:** | Lori Kisch |
| **Sent:** | Thursday, August 30, 2007 6:35 PM |
| **To:** | 'Rath, Manesh' |
| **Cc:** | 'Susan Huhta' |
| **Subject:** | Intersolutions - subpoenas |
| **Importance:** | High |

Manash,

I emailed you earlier today, but have not received a response. Please confirm that you have notified the respective organizations regarding the Judge's Order of yesterday.

Thank you.

Lori B. Kisch
Wiggins Childs Quinn & Pantazis, PLLC
2031 Florida Ave, N.W., Suite 300
Washington, D.C. 20009
Tel: 202-263-3681
Fax: 202-467-4489

*Privilege and Confidentiality Notice*
This message and any attachments are confidential and may contain information protected by the attorney/client privilege. This message and any attachments are intended only for the individual or entity named above. Any dissemination, use, distribution, copying or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, do not read, copy, use or disclose this communication to others. Please notify the sender by replying to the message and then deleting it from your system. Thank you.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO: 1:07CV00298-EGS |
| | ) Status Conference: Feb. 6, 2008 |
| | ) |
| INTERSOLUTIONS, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF LORI B. KISCH

I, Lori B. Kisch, state the following:

1. I am an attorney with the law firm Wiggins, Childs, Quinn & Pantazis, PLLC ("WCQP") located in its Washington, D.C. office.

2. I have personal knowledge of the facts stated herein, and am competent to testify.

3. I am a member in good standing of the Bar of the District of Maryland, and of the District of Columbia bar.

4. I emailed counsel for Defendants twice on August 30th, requesting confirmation that the record holders of the quashed subpoenas were notified. Counsel for Defendants did not respond to the emails.

5. I called counsel for Defendants on August 31, 2007, and left voicemails for Mr. Rath, Mr. Sheffield, and Mr. Rath's assistant. I have not received a return call. I advised Mr. Rath, via voicemail, that if I did not hear from him by 11:30 a.m. today, we would seek the Court's assistance.

6. Today I contacted Jerry Macomber at the Strategic Federal Credit Union, the person on which the subpoena was served, and informed him of the Order regarding the Motion to Quash the Subpoenas. He informed me that he had not received any notification from Defendant's counsel regarding the Judge's Order.

7. Another attorney from my office spoke today with Lee Ford at Dover Downs, the person on which that subpoena was served, who also stated that he had not been notified by Defendant's counsel regarding the Judge's Order of August 29th.

8. We have searched for but have not found a contact name and phone number of the record keeper at American Online or Sprint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of August, 2007 in Washington, D.C.

_L. K._

Lori B. Kisch

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LINDA GREEN,                        )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   CIVIL NO: 1:07CV00298-EGS
                                    )
                                    )
INTERSOLUTIONS, INC., ET AL.,       )
                                    )
         Defendants.                )
_____ )

## PROPOSED ORDER

WHEREAS Plaintiff has moved the Court to order Defendant to comply with this Court's Order of August 29, 2007 and for sanctions, Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that counsel Defendants contact America Online and Sprint Communications by 3:00 p.m. today, August 31, 2007, to advise them of the Court's Order quashing the subpoenas with which they were served.

IT IS FURTHER ORDERED that counsel for Defendants provide Plaintiff's counsel with written confirmation that it has complied with the Court's order, providing the telephone number(s), name(s) of the individual(s) contacted, and when such contacts occurred.

IT IS FURTHER ORDERED that counsel for Defendants provide written notice to counsel for Plaintiff identifying from which companies it received documents in response to the subpoenas, whether such documents have been read by Defendants or

2

Defendants' counsel, by whom the documents were read, and confirmation as to the date such documents have been destroyed.

IT IS FURTHER ORDERED that Defendants' counsel is sanctioned for failing to comply with this Court's Order of August 29, 2007, and is hereby ordered to reimburse Plaintiff's counsel for the fees incurred in drafting its Emergency Motion to Order Defendants to Comply with This Court's Order of August 29, 2007 and the fees incurred in notifying the Federal Strategic Credit Union and Dover Downs of this Court's August 29, 2007 Order.

_____
Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.