**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LINDA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cv-00298-EGS |
| | ) | |
| INTERSOLUTIONS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>DECLARATION OF MANESH K. RATH</u>

I, Manesh K. Rath, state the following:

1.  I am an attorney with the law firm of Keller and Heckman LLP located in its Washington, D.C. office.

2.  I have personal knowledge of the facts stated herein, and am competent to testify.

3.  I am a member in good standing of the bar of the District of Columbia and the Commonwealth of Virginia.

4.  At 6:17 p.m. on August 29, 2007, I received the Court's Order quashing the subpoenas issued by InterSolutions, Inc., et al. to Charles Town Races and Slots, Dover Downs, Strategic Federal Credit Union, Sprint, and America Online.

5.  We drafted the attached letters to Charles Town Races and Slots, Dover Downs, Strategic Federal Credit Union, Sprint, and America Online on the afternoon of August 30, 2007.

6.  The letters to Dover Downs, Strategic Federal Credit Union and Sprint were sent overnight via FedEx on August 30, 2007.

7.  The letter to Charles Town Races and Slots was sent overnight via the United States Postal Service on August 30, 2007.  It was sent via U.S. Mail because the address for Charles Town Races and Slots is a Post Office Box.

8.  The letter to America Online was sent via overnight via FedEx and picked up on the morning of August 31, 2007.  This letter was not sent until August 31, 2007, because it was not finalized by the time the others were picked up.

9.  The letter sent to Strategic Federal Credit Union was received at 8:51 a.m. on August 31, 2007.  This letter was signed for by C. Motes.

10. The letter sent to Sprint was received at 9:50 a.m. on August 31, 2007. This letter was signed for by R. Nordquist.

11. The letter sent to Dover Downs was received at 10:37 a.m. on August 31, 2007. This letter was signed for by T. Bear.

12. We are currently awaiting a receipt confirmation for the letter sent to Charles Town Races and Slots and America Online.

13. We received a package from Charles Town Races and Slots on August 13, 2007. This package was destroyed on August 30, 2007, pursuant to the Court's Order.

14. We received a fax from America Online at 4:59 p.m. on August 20, 2007. This fax arrived as an E-mail and was deleted August 31, 2007, pursuant to the Court's Order.

15. All letters and certificates of mailing and receipt made in compliance with the Court's August 29, 2007, Order are attached hereto.


Dated: August 31, 2007                         ____/s/_____
                                               Manesh K. Rath (D.C. Bar No. 457835)


                                               Keller and Heckman LLP
                                               1001 G Street, N.W., Suite 500 West
                                               Washington, D.C. 20001
                                               Tel: (202) 434-4182
                                               Fax: (202) 434-4646

                                               Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2007, a copy of the foregoing was served by CM/ECF software to:

Lori B. Kisch (D.C. Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Avenue, N.W.
Washington, D.C. 20009
Tel.: (202) 467-4123
Fax:  (202) 467-4489

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax.: (202) 319-1010

Counsel for Plaintiff


/s/_Manesh K. Rath_____
Manesh K. Rath, Esq.

From: Origin ID: TSGA (202)434-4182
Manesh K. Rath
Keller & Heckman
1001 G St. N.W.

**Washington, DC 20001**



Ship Date: 30AUG07
ActWgt: 1 LB
System#: 5856749/INET7061
Account#: S *********

Delivery Address Bar Code

Ref #   IN13631-4
Invoice #
PO #
Dept #

SHIP TO: (888)690-2882     **BILL SENDER**

**Corporate Service Co.
Sprint Communications Co.
11 South 12th Street**

**Richmond, VA 23219**



TRK# 7903 2646 1476
0201

FRI - 31AUG    A1
PRIORITY OVERNIGHT

RIC
VA-US
23219

# NP-GVEA

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**KELLER AND HECKMAN LLP**
*Serving Business through Law and Science®*

1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
*tel.* 202.434.4100
*fax* 202.434.4646

Writer's Direct Access
**Manesh K. Rath**
(202) 434-4182
rath@khlaw.com

August 30, 2007

Corporate Service Co.
Attn: Sprint Communications Co.
11 South 12th Street
Richmond, Virginia 23219

      Re:    Subpoena in Civil Case 07-298 (*Green v. InterSolutions, Inc. et al.*)

Dear Sir or Madam:

      This letter references the enclosed subpoena that was issued to Sprint Communications Company ("Sprint") on August 1, 2007. A recent court order in the above-captioned case has relieved Sprint of its duty to produce documents under this particular subpoena. On August 29, 2007, the United States District Court for the District of Columbia Circuit ruled that the enclosed subpoena was too broad.

      Pursuant to the Court's Order, we will issue a second, narrower subpoena to Sprint very soon.

      This second subpoena will create an added burden for you by requiring you to investigate the dates and times of individual transactions and determine whether they are relevant to our request. We hoped to spare you this burdensome process with our first subpoena. Unfortunately, due to the Court's order, we will ask that you investigate Ms. Green's individual transactions and limit your production of records to transactions that occurred on weekdays between 8:00 a.m. and 6:30 p.m. We regret the need for this second request. Please feel free to produce the documents in a way that minimizes your burden. Once received by us, we will limit our use of the produced documents to materials approved by the Court.

      Thank you for your cooperation. Please do not hesitate to contact me with any questions.

                  Sincerely,

                  Manesh K. Rath

Enclosure

cc:    Drew Golin
       John Wagithuku

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| Eastern | | Virginia |
|---|---|---|
| | DISTRICT OF | |

Linda L. Green

V.

InterSolutions, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  07-298  (D.C. District Court)

TO:  Sprint Communications Co. c/o Corporate Service Co.
11 South 12th St.
Richmond, VA 23219

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All bills, statements, and records chronicling incoming and outgoing calls and indicating, to the best of your ability, the location where calls were placed or received on the phone of Linda L. Green between March 1, 2004 and September 1, 2006, (phone number: (703) 200-7884; SSN: 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) 6200 Wilson Blvd., Apt. 1117, Falls Church, VA 22044.

| PLACE    Keller and Heckman, LLP, Attn: Manesh Rath, 1001 G St. NW, Suite 500 West, Washington, DC 20001 | DATE AND TIME 8/31/2007  5:00 pm |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| RATH / Counsel for Defendants | 8/31/2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Manesh Rath, Keller and Heckman, LLP, 1001 G St. NW, Suite 500 West,
Washington, DC 20001; Phone (202) 434-4182

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## Wright, Wesley

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, August 31, 2007 9:55 AM
**To:** Wright, Wesley
**Subject:** FedEx Shipment 790326461476 Delivered

This tracking update has been requested by:

Company Name: Keller & Heckman

Name:  Manesh K. Rath

E-mail:  jacobs@khlaw.com

Our records indicate that the following shipment has been delivered:

```
Tracking number:            790326461476
Reference:                  IN13631-4
Ship (P/U) date:            Aug 30, 2007
Delivery date:              Aug 31, 2007 9:50 AM
Sign for by:                R.NORDQUIST
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
```

```
Shipper Information          Recipient Information
Manesh K. Rath              Corporate Service Co.
Keller & Heckman            Sprint Communications Co.
1001 G St. N.W.             11 South 12th Street
Washington                  Richmond
DC                          VA
US                          US
20001                       23219
```

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:54 AM  CDT
on 08/31/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/31/2007

From:   Origin ID: TSGA   (202)434-4182
Manesh K. Rath
Keller & Heckman
1001 G St. N.W.

**Washington, DC 20001**



Ship Date: 30AUG07
ActWgt: 1 LB
System#: 5856749/INET7061
Account#: S *********

CLS052007/2/23

SHIP TO:   (703)849-1540   **BILL SENDER**

**Jerry Macomber**
**Strategic Federal Credit Union**
**7700 Arlington Boulevard**

**Arlington, VA 22042**

Delivery Address Bar Code

Ref #   IN13631-4
Invoice #
PO #
Dept #



TRK#   7924 0864 3160
0201

FRI - 31AUG        A1
**PRIORITY OVERNIGHT**

**19-ZFOA**

IAD
VA-US
22042



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**KELLER AND HECKMAN LLP**
*Serving Business through Law and Science®*

1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
*tel.* 202.434.4100
*fax* 202.434.4646

Writer's Direct Access
**Manesh K. Rath**
(202) 434-4182
rath@khlaw.com

August 30, 2007

Jerry Macomber
Strategic Federal Credit Union
7700 Arlington Blvd.
Arlington, Virginia 22042

      Re:    Subpoena in Civil Case 07-298 (*Green v. InterSolutions, Inc. et al.*)

Dear Mr. Macomber:

      This letter references the enclosed subpoena that was issued to Strategic Federal Credit Union ("Strategic FCU") on August 1, 2007. A recent court order in the above-captioned case has relieved Strategic FCU of its duty to produce documents under this particular subpoena. On August 29, 2007, the United States District Court for the District of Columbia Circuit ruled that the enclosed subpoena was too broad.

      Pursuant to the Court's Order, we will issue a second, narrower subpoena to Strategic FCU very soon.

      This second subpoena will create an added burden for you by requiring you to investigate the dates and times of individual transactions and determine whether they are relevant to our request. We hoped to spare you this burdensome process with our first subpoena. Unfortunately, due to the Court's order, we will ask that you investigate Ms. Green's individual transactions and limit your production of records to transactions that occurred on weekdays between 8:00 a.m. and 6:30 p.m. We regret the need for this second request. Please feel free to produce the documents in a way that minimizes your burden. Once received by us, we will limit our use of the produced documents to materials approved by the Court.

      Thank you for your cooperation. Please do not hesitate to contact me with any questions.

                    Sincerely,

                    Manesh K. Rath

Enclosure

cc:    Drew Golin
       John Wagithuku

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Linda Green

**V.**

InterSolutions, Inc. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    Civil Action No: 07-298

TO: Strategic Federal Credit Union; Attn: Jerry Macomber
7700 Arlington Blvd.
Falls Church, VA 22042

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
All monthly statements of account, balance statements, and all other documents detailing the account of Linda L. Green, 6200 Wilson Blvd., Apt. 1117, Falls Church, VA 22044 (SSN: 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; Account Number 54205; Transit ABA Number 256078556) from December 1, 2003 through September 1, 2006.

| PLACE    Keller and Heckman, Attn: Manesh K. Rath, 1001 G. St. NW, Ste. 500 W. Washington, DC 20001 | DATE AND TIME 8/31/2007  5:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *Rath, counsel for defendants* | DATE 7/31/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Keller and Heckman, Attn: Manesh K. Rath, 1001 G. St. NW, Ste. 500 W.
Washington, DC 20001; Phone (202) 434-4182

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## Wright, Wesley

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, August 31, 2007 8:58 AM
**To:** Wright, Wesley
**Subject:** FedEx Shipment 792408643160 Delivered

---

This tracking update has been requested by:

Company Name: Keller & Heckman

Name:  Manesh K. Rath

E-mail:  jacobs@khlaw.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:                   792408643160
Reference:                         IN13631-4
Ship (P/U) date:                   Aug 30, 2007
Delivery date:                     Aug 31, 2007 8:51 AM
Sign for by:                       C.MOTES
Delivered to:                      Shipping/Receiving
Service type:                      FedEx Priority Overnight
Packaging type:                    FedEx Envelope
Number of pieces:                  1
Weight:                            0.50 lb.

Shipper Information                Recipient Information
Manesh K. Rath                     Jerry Macomber
Keller & Heckman                   Strategic Federal Credit Union
1001 G St. N.W.                    7700 Arlington Boulevard
Washington                         Arlington
DC                                 VA
US                                 US
20001                              22042

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 7:57 AM  CDT
on 08/31/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

From:     Origin ID: TSGA   (202)434-4182
Manesh K. Rath
Keller & Heckman
1001 G St. N.W.

**Washington, DC 20001**



FedEx
Express

**E**

CLS052907/21/23

Ship Date: 30AUG07
ActWgt: 1 LB
System#: 5856749/INET7061
Account#: S *********

Delivery Address Bar Code

SHIP TO:   (302)674-4600        **BILL SENDER**

**Lee Ford**
**Dover Downs**
**Director of Security**
**1131 North DuPont Highway**
**Dover, DE 19901**

Ref #   IN13631-4
Invoice #
PO #
Dept #

TRK#   7903 2644 0754
0201

FRI - 31AUG        AM
**PRIORITY OVERNIGHT**

**ZR-DOVA**

**PHL**
**DE-US**
**19901**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**KELLER AND HECKMAN LLP**
*Serving Business through Law and Science®*

1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
*tel.* 202.434.4100
*fax* 202.434.4646

Writer's Direct Access
**Manesh K. Rath**
(202) 434-4182
rath@khlaw.com

August 30, 2007

Lee Ford, Director of Security
Dover Downs
1131 North DuPont Highway
Dover, Delaware 19901

      Re:    Subpoena in Civil Case 07-298 (*Green v. InterSolutions, Inc. et al.*)

Dear Mr. Ford:

This letter references the enclosed subpoena that was issued to Dover Downs on August 1, 2007. A recent court order in the above-captioned case has relieved Dover Downs of its duty to produce documents under this particular subpoena. On August 29, 2007, the United States District Court for the District of Columbia Circuit ruled that the enclosed subpoena was too broad.

Pursuant to the Court's Order, we will issue a second, narrower subpoena to Dover Downs very soon.

This second subpoena will create an added burden for you by requiring you to investigate the dates and times of individual transactions and determine whether they are relevant to our request. We hoped to spare you this burdensome process with our first subpoena. Unfortunately, due to the Court's order, we will ask that you investigate Ms. Green's individual transactions and limit your production of records to transactions that occurred on weekdays between 8:00 a.m. and 6:30 p.m. We regret the need for this second request. Please feel free to produce the documents in a way that minimizes your burden. Once received by us, we will limit our use of the produced documents to materials approved by the Court.

Thank you for your cooperation. Please do not hesitate to contact me with any questions.

                    Sincerely,

                    Manesh K. Rath

Enclosure

cc:    Drew Golin
       John Wagithuku

AO88 (Rev. 12/06) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Linda Green

V.

InterSolutions, Inc. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  07-298

TO:  Lee Ford, Director of Security, Dover Downs
1131 North DuPont Highway
Dover, DE 19901

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
All documents, balance statements and statements of account and/or activity from May 1, 2004 through September 1, 2006 for the Capital Club Card and corresponding Capital Club Account of Linda L. Green, 6200 Wilson Blvd., Apt. 1117, Falls Church, VA 22044 (SSN: 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; VA Driver's License No.: A69-69-9753).

| PLACE    Keller and Heckman, LLP, Attn: Manesh Rath, 1001 G St. NW, Suite 500 West, Washington, DC 20001 | DATE AND TIME 8/31/2007  5:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *Rath, counsel for Defendants* | DATE  8/1/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Manesh Rath, Keller and Heckman, LLP, 1001 G St. NW, Suite 500 West, Washington, DC 20001; Phone (202) 434-4182

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**Wright, Wesley**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, August 31, 2007 10:47 AM |
| **To:** | Wright, Wesley |
| **Subject:** | FedEx Shipment 790326440754 Delivered |

This tracking update has been requested by:

Company Name: Keller & Heckman

Name: Manesh K. Rath

E-mail: jacobs@khlaw.com

Our records indicate that the following shipment has been delivered:

```
Tracking number:              790326440754
Reference:                    IN13631-4
Ship (P/U) date:              Aug 30, 2007
Delivery date:                Aug 31, 2007 10:37 AM
Sign for by:                  T.BEAR
Delivered to:                 Receptionist/Front Desk
Service type:                 FedEx Priority Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       0.50 lb.

Shipper Information           Recipient Information
Manesh K. Rath                Lee Ford
Keller & Heckman              Dover Downs
1001 G St. N.W.               Director of Security
Washington                    1131 North DuPont Highway
DC                            Dover
US                            DE
20001                         US
                              19901
```

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:46 AM  CDT
on 08/31/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

## POST OFFICE TO ADDRESSEE



EL 949513552 US

**Finance Copy**
Label 11-F August 2000

### ORIGIN (POSTAL USE ONLY)

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| 20001 | ☒ Next  ☐ Second | ☒ |

| Date In | | Postage |
|---|---|---|
| Mo. 08 Day 30 Year 07 | | $ |

| Time In | Military | Return Receipt Fee |
|---|---|---|
| ☐ AM  ☐ PM | ☐ 2nd Day  ☐ 3rd Day | |

| Weight | Int'l Alpha Country Code | COD Fee | Insurance Fee |
|---|---|---|---|
| lbs.  ozs. | | | |

| No Delivery | Acceptance Clerk Initials | Total Postage & Fees |
|---|---|---|
| ☐ Weekend  ☐ Holiday | | $ |

| ☐ 12 Noon  ☐ 3 PM |
|---|

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo.  Day | ☐ AM  ☐ PM | |
| Delivery Attempt | Time | Employee Signature |
| Mo.  Day | ☐ AM  ☐ PM | |
| Delivery Date | Time | Employee Signature |
| Mo.  Day | ☐ AM  ☐ PM | |

☐ WAIVER OF SIGNATURE (Domestic Only). Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

| NO DELIVERY | ☐ Weekend | ☐ Holiday | Customer Signature |
|---|---|---|---|

### CUSTOMER USE ONLY

**METHOD OF PAYMENT:**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM:** (PLEASE PRINT)     PHONE ( 202 ) 434-4182

Manesh K. Rath, Esq.
Keller and Heckman LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001

**TO:** (PLEASE PRINT)     PHONE ( 800 ) 795-7001

Phyllis Le Tart
Charles Town Races and Slots
PO Box 551
Charles Town, West Virginia 25414

**FOR PICKUP OR TRACKING CALL 1-800-222-1811     www.usps.com     EMS**



**KELLER AND HECKMAN LLP**
*Serving Business through Law and Science®*

1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
*tel.* 202.434.4100
*fax* 202.434.4646

**Writer's Direct Access**
**Manesh K. Rath**
(202) 434-4182
rath@khlaw.com

August 30, 2007

Phyllis LeTart
Charles Town Races and Slots
P.O. Box 551
Charles Town, West Virginia 25414

      Re:    Subpoena in Civil Case 07-298 (*Green v. InterSolutions, Inc. et al.*)

Dear Ms. LeTart:

      This letter references the enclosed subpoena that was issued to Charles Town Races and Slots ("Charles Town") on August 1, 2007. A recent court order in the above-captioned case has relieved Charles Town of its duty to produce documents under this particular subpoena. On August 29, 2007, the United States District Court for the District of Columbia Circuit ruled that the enclosed subpoena was too broad.

      Pursuant to the Court's Order, we will issue a second, narrower subpoena to Charles Town very soon.

      This second subpoena will create an added burden for you by requiring you to investigate the dates and times of individual transactions and determine whether they are relevant to our request. We hoped to spare you this burdensome process with our first subpoena. Unfortunately, due to the Court's order, we will ask that you investigate Ms. Green's individual transactions and limit your production of records to transactions that occurred on weekdays between 8:00 a.m. and 6:30 p.m. We regret the need for this second request. Please feel free to produce the documents in a way that minimizes your burden. Once received by us, we will limit our use of the produced documents to materials approved by the Court.

      Thank you for your cooperation. Please do not hesitate to contact me with any questions.

Sincerely,

Manesh K. Rath

Enclosure

cc:    Drew Golin
       John Wagithuku

---

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Linda Green

V.

InterSolutions, Inc. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  07-298

TO:  Phyllis LeTart, Charles Town Races and Slots
P.O. Box 551 (Intersection of Hwy. 51 and Federal Way)
Charles Town, WV 25414

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
All documents, balance statements and statements of account and/or activity from May 1, 2004 through September 1, 2006 for the Players' Choice Card and corresponding Players' Choice Account of Linda L. Green, 6200 Wilson Blvd., Apt. 1117, Falls Church, VA 22044 (SSN: 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; VA Driver's License No.: A69-69-9753).

| PLACE  Keller and Heckman, LLP, Attn: Manesh Rath, 1001 G St. NW, Suite 500 West, Washington, DC 20001 | DATE AND TIME  8/31/2007  5:00 pm |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *Rath, Counsel for Defendants* | DATE  8/1/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Manesh Rath, Keller and Heckman, LLP, 1001 G St. NW, Suite 500 West, Washington, DC 20001; Phone (202) 434-4182

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

From:   Origin ID: TSGA   (202)434-4182
Manesh K. Rath
Keller & Heckman
1001 G St. N.W.

**Washington, DC 20001**



Ship Date: 31AUG07
ActWgt: 1 LB
System#: 5856749/INET7061
Account#: S *********

Delivery Address Bar Code

Ref #   IN13631-4
Invoice #
PO #
Dept #

SHIP TO:   (703)265-1000     **BILL SENDER**

**Custodian of Records Civil Subpoena
AOL LLC Legal Department
22000 AOL Way**

**Dulles, VA 20166**



TRK#
0201   7924 0959 9317

TUE - 04SEP     A1
**PRIORITY OVERNIGHT**

**19-WGOA**

IAD
VA-US
20166

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**KELLER AND HECKMAN LLP**
*Serving Business through Law and Science®*

1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
*tel.* 202.434.4100
*fax* 202.434.4646

Writer's Direct Access
**Manesh K. Rath**
(202) 434-4182
rath@khlaw.com

August 30, 2007

AOL LLC, Legal Department
Custodian of Records -- Civil Subpoena
2200 AOL Way
Dulles, VA 20166

     Re:    Subpoena in Civil Case 07-298 (*Green v. InterSolutions, Inc. et al.*)

Dear Sir or Madam:

    This letter references the enclosed subpoena that was issued to America Online ("AOL") on August 1, 2007. A recent court order in the above-captioned case has relieved AOL of its duty to produce documents under this particular subpoena. On August 29, 2007, the United States District Court for the District of Columbia Circuit ruled that the enclosed subpoena was too broad.

                    Sincerely,

                    Manesh K. Rath

Enclosure

cc:    Drew Golin
        John Wagithuku

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Virginia

Linda Green

V.

InterSolutions, Inc. et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07-298 (D.C. District Court)

TO:   AOL LLC, Legal Dept. Custodian of Records-Civil Subpoena
      2200 AOL Way
      Dulles, VA 20166

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
All e-mails sent to or from the account of Linda L. Green (e-mail address llgreen311@aol.com) from January 1, 2006 through August 1, 2007.

| PLACE   Keller and Heckman LLP, Attn: Manesh Rath, 1001 G St. NW, Suite 500 West, Washington, DC 20001 | DATE AND TIME  8/31/2007  5:00 pm |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *KATH/ Counsel for defendants* | DATE  8/3/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Manesh K. Rath, Keller and Heckman, LLP, 1001 G St. NW, Suite 500 West, Washington, DC 20001; Phone: (202) 434-4182

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.