IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERSOLUTIONS, INC., ET AL.,<br><br>　　　　Defendants. | CIVIL NO: 1:07CV00298-EGS<br>Status Conference: Feb. 6, 2008 |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO IDENTIFY EXPERT WITNESSES RELATING TO DEFENDANTS' ECPA COUNTERCLAIM**

Plaintiff Linda Green ("Plaintiff"), through her undersigned Counsel, hereby moves this Court to extend the deadline for Plaintiff to identify any experts relating to the Defendants' Electronic Communications Privacy Act claim ("ECPA") until two weeks after this Court has issued an order relating to Plaintiff's Motion to Dismiss Defendants' ECPA counterclaim [Dkt. No. 26].    The deadline currently set for Plaintiff to identify experts is October 5, 2007.  However, if this Court grants Plaintiff's Motion to Dismiss the ECPA counterclaim, there will be no need for Plaintiff to identify any experts relating to that claim.  An extension of the deadline will conserve resources.

Plaintiff does not request that the deadline for identifying experts for any other pending claim be extended.

Defendants' counsel has stated that Plaintiff's counsel may represent that this Motion is unopposed.

Respectfully submitted this 2nd day of October, 2007.

    /s/ Susan Huhta
Susan E. Huhta (DC Bar No. 453478)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123

***ATTORNEYS FOR THE PLAINTIFF***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of October, 2007, the foregoing Motion to Extend the Deadline to Identify Expert Witnesses Related to Defendant's ECPA Counterclaim, and Proposed Order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                             By:
                                                  /s/ Susan Huhta
                                             Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LINDA GREEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL NO: 1:07CV00298-EGS |
| INTERSOLUTIONS, INC., ET AL., | ) ) ) | |
| Defendants. | ) ) ) | |

**PROPOSED ORDER**

WHEREAS Plaintiff has filed an unopposed motion for the Court to grant an extension of time to identify expert witnesses, if any, related to the Defendants' Electronic Communications Privacy Act claims ("ECPA"), Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for Plaintiff to identify any experts related to Defendant's ECPA claim is hereby extended until two weeks after an order has been issued regarding Plaintiff's Motion to Dismiss Defendant's ECPA claim.

                                                                Emmet G. Sullivan
                                                                UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.