IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA GREEN,               )<br>                           )<br>        Plaintiff,         )<br>                           )<br>    v.                     )<br>                           )<br> INTERSOLUTIONS, INC., ET AL., )<br>                           )<br>        Defendants.        )<br>                           ) | CIVIL NO: 1:07CV00298-EGS<br>Status Conference: Feb. 6, 2008 |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO SERVE EXPERT REPORTS RELATING TO DEFENDANTS' ECPA COUNTERCLAIM**

Plaintiff Linda Green ("Plaintiff"), through her undersigned Counsel, hereby moves this Court to extend the deadline for Plaintiff to serve expert reports relating to the Defendants' Electronic Communications Privacy Act ("ECPA") counterclaim until four weeks after the Court's disposition of Plaintiff's Motion to Dismiss Defendants' ECPA counterclaim. [Dkt. No. 26].

The deadline currently set for Plaintiff to serve expert reports is October 19, 2007. However, Plaintiff filed an Unopposed Motion to Extend Time to Identify Expert Witnesses relating to Defendants' ECPA Counterclaim ("Unopposed Motion") [Dkt. No. 36], which was granted by the Court on October 4, 2007. In the Court's Minute Order on the Unopposed Motion, the Court held that "Plaintiff shall identify expert witnesses no later than two weeks after this Court's disposition of plaintiff's Motion to Dismiss defendant's ECPA counterclaim."

While Plaintiff does not believe that the Court expects Plaintiff to serve expert reports prior to her identification of such experts, in her Unopposed Motion, Plaintiff did not specifically move the Court to extend the deadline for serving expert reports. Plaintiff does so now.

As stated in the Unopposed Motion, if this Court grants Plaintiff's Motion to Dismiss the ECPA counterclaim, there will be no need for Plaintiff to identify any experts relating to that claim, nor to issue their reports. An extension of the deadline will conserve resources should this Court grant Plaintiff's Motion to Dismiss.

Plaintiff does not request that the deadline for serving expert reports for any other pending claim be extended.

Defendants' counsel has stated that Plaintiff's counsel may represent that this Motion is unopposed.

Respectfully submitted this 18th day of October, 2007.

    /s/ Lori B. Kisch
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123

Susan E. Huhta (DC Bar No. 453478)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of October, 2007, the foregoing Unopposed Motion to Extend the Deadline to Serve Expert Reports Related to Defendant's ECPA Counterclaim, and Proposed Order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      By:
         /s/ Lori B. Kisch
      Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
LINDA GREEN,                          )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )   CIVIL NO: 1:07CV00298-EGS
                                      )
                                      )
INTERSOLUTIONS, INC., ET AL.,         )
                                      )
          Defendants.                 )
                                      )
_____)

## PROPOSED ORDER

WHEREAS Plaintiff has filed an unopposed motion for the Court to grant an extension of time to serve expert reports, if any, related to the Defendants' Electronic Communications Privacy Act ("ECPA") counterclaims, Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for Plaintiff to serve expert reports related to Defendants' ECPA counterclaim is hereby extended until four weeks after this Court's disposition of Plaintiff's Motion to Dismiss Defendants' ECPA counterclaim.

_____
Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.