AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LINDA GREEN

      Plaintiff(s)

vs.

INTERSOLUTIONS, INC.

      Defendant(s)

**APPEARANCE**

CASE NUMBER  1:07-CV-00298

To the Clerk of this court and all parties of record:

Please enter the appearance of  Katherine Gillespie, Esq.  as counsel in this
                                 (Attorney's Name)

case for:  Linda Green
                (Name of party or parties)

October 19, 2007
Date

480013
BAR IDENTIFICATION

_(signature)_
Signature

Katherine Gillespie
Print Name

11 Dupont Circle, NW, Suite 400
Address

Washington, DC     20036
City    State      Zip Code

202-319-1000
Phone Number