**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Linda Green,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>InterSolutions, Inc., et al.,<br><br>　　　　Defendants. | CIVIL NO: 1:07CV00298-EGS<br>Status Conference: Feb. 6, 2008<br>Magistrate Judge Alan Kay |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

　　Pursuant to LCvR 7(e), the Plaintiff, through her undersigned counsel, hereby respectfully requests leave to file a Motion to Compel that exceeds the 45 page limit provided by the Local Civil Rules of this Court.

　　Plaintiff's Motion to Compel, filed under separate cover this same day, November 14, 2007, regards Defendants' objections, answers, and responses to nearly all of the twenty-seven interrogatories and twenty-three document requests she propounded on Defendants. In large part because this Court's local rules require that "motions to compel answers or responses[] shall identify and quote each interrogatory or request in full immediately preceding the answer, response, or objection thereto," LCvR 26.2(d), Plaintiff's Motion to Compel is necessarily quite long. Plaintiff, therefore, requests an extension in the page length for her Motion to Compel. This extension is necessary to ensure that Plaintiff will have a fair opportunity to apprise the

Court fully of Plaintiff's perceived deficiencies in Defendants' discovery responses, and to comply with LCvR 26.2(d).

Given the length of the discovery requests, objections, and responses that must be included and addressed in her Motion to Compel, additional pages beyond the 45 pages provided in the Local Rules are necessary to enable the Plaintiff to brief fully and address all of the issues raised by Defendants' discovery responses and objections. While Plaintiff could have filed two separate motions – one with respect to Defendants' deficient responses to Plaintiff's requests for production of documents and the other regarding Defendants' deficient responses to Plaintiff's interrogatories – Plaintiff consolidated the motion for the Court's and Defendants' convenience. Defendants will not be prejudiced by an extension of the page limit; they will have the opportunity to fully respond to all matters raised in Plaintiff's Motion to Compel. *See, e.g., Federal Deposit Insur. Corp. v. Schreiner*, 892 F. Supp. 848, 851 (W.D. Tex. 1995) ("Where a motion raises numerous complex issues, and where no prejudice will befall the Defendant, an extension in the page length for a motion is proper.").

Defendants do not consent to the relief requested in this Motion.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant her Motion to Exceed Page Limit.

Respectfully submitted this 14th day of November, 2007

     /s/ Lori B. Kisch

Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. NW

Suite 300
Washington, D.C. 20009
(202) 467-4123

Susan E. Huhta (DC Bar No. 453478)
Katherine Gillespie (DC Bar No. 480013)
Washington Lawyers' Committee for Civil Rights
and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFF***

## **STATEMENT PURSUANT TO LCvR 7.1(m)**

I, Lori B. Kisch, Counsel for Plaintiffs, hereby certify that I conferred via email with Counsel for Defendants in a good faith attempt to secure their consent to this Motion. Defendants indicated that they do not consent to this Motion.

           ___/s/ Lori B. Kisch_____
           Lori B. Kisch

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of November, 2007, the foregoing Motion to Exceed Page Limit and proposed order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


      By:
         /s/ Lori B. Kisch
      Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
Linda Green,                       )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   CIVIL NO: 1:07CV00298-EGS
                                   )   Status Conference: Feb. 6, 2008
                                   )
InterSolutions, Inc., et al.,      )
                                   )
        Defendants.                )
                                   )
_____)

**ORDER**

IT IS HEREBY ORDERED, that Plaintiff's Motion to Exceed Page Limit is GRANTED.

Dated: November ___, 2007

_____
The Honorable Judge Alan Kay
United States District Court Magistrate Judge
District of Columbia