**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| LINDA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO: 1:07CV00298-EGS |
| | ) | Status Conference: Feb. 6, 2008 |
| | ) | |
| INTERSOLUTIONS, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____)

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME
TO SERVE EXPERT REPORTS AND NAME REBUTTAL WITNESSES**

Defendants InterSolutions, Inc., Drew Golin, and Sara Walder, through their undersigned counsel, hereby move this Court to extend the deadline for Defendants to serve expert reports for 18 days, until December 4, 2007. The deadline currently set for Defendants to serve expert reports is November 16, 2007. Plaintiff consents to this request.

Because this request will affect the deadlines relating to Plaintiff's designation of rebuttal expert witnesses and will affect the deadline for issuing such rebuttal reports, Defendants consent to extending the date for Plaintiff to name rebuttal experts.

This Court has previously granted Plaintiff an extension to identify any experts and issue reports related to Defendants' ECPA claim pending a decision on Plaintiff's Motion to Dismiss Defendants' ECPA claim. Defendants likewise consent to a similar extension for Plaintiff to name any rebuttal witnesses and issue any expert reports relating to Defendants' Computer Fraud and Abuse Act claim, which Plaintiff has also moved to Dismiss. Specifically, Defendants consent to an extension for Plaintiff to identify a rebuttal expert regarding Defendants' Computer

Fraud and Abuse Act claim until two weeks after this Court has issued an order relating to

Plaintiff's Motion to Dismiss Defendants' First and Seventh Counterclaims. (No. 26).

Defendants further consent to extending the date for Plaintiff to serve rebuttal expert

reports regarding Defendants' Computer Fraud and Abuse Act claim until four weeks after this

Court has issued an order relating to Plaintiff's Motion to Dismiss Defendants' First and Seventh

Counterclaims (No. 26).

For all other rebuttal experts, Defendants consent to extending the date for Plaintiff to

name rebuttal experts until December 28, 2007.  The date currently set for Plaintiff to name

rebuttal experts is December 7, 2007.  Defendants also consent to extending the date for Plaintiff

to serve rebuttal expert reports until January 14, 2008.  The date currently set for Plaintiff to

serve rebuttal expert reports is December 21, 2007.

The parties have conferred and Plaintiff's counsel has consented to this motion.


Date:  November 16, 2007                    Respectfully submitted,

                                            __/s/ Manesh K. Rath_____
                                            Manesh K. Rath (DC Bar No. 457835)

                                            *rath@khlaw.com*
                                            Keller and Heckman LLP
                                            1001 G Street, N.W., Suite 500 West
                                            Washington, D.C. 20001
                                            Tel: (202) 434-4182
                                            Fax: (202) 434-4646

                                            Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2007, a copy of the foregoing was served by CM/ECF software to:

Lori B. Kisch (D.C. Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Avenue, N.W.
Washington, D.C. 20009
Tel.: (202) 467-4123
Fax:  (202) 467-4489

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax.: (202) 319-1010

Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

<table>
<tr><td>LINDA GREEN,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>CIVIL NO: 1:07CV00298-EGS</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>INTERSOLUTIONS, INC., ET AL.,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendants.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

_____)

## (PROPOSED) ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Serve Expert Reports, it is hereby

**ORDERED** this _____ day of _____, 2007, that Defendants' Motion to Extend Time to Serve Expert Reports and to Name Rebuttal Experts is **GRANTED**. Defendants shall serve expert reports by December 4, 2007.  Accordingly, it is further

**ORDERED** that the date for Plaintiff to name rebuttal experts regarding Defendants' Computer Fraud and Abuse Act claim is extended until two weeks after this Court has issued an order relating to Plaintiff's Motion to Dismiss Defendants' First and Seventh Counterclaims (No. 26).

It is further **ORDERED** that the date for Plaintiff to serve rebuttal expert reports regarding Defendants' Computer Fraud and Abuse Act claim is extended until four weeks after this Court has issued an order relating to Plaintiff's Motion to Dismiss Defendants' First and Seventh Counterclaims (No. 26).

It is further **ORDERED** that the date for Plaintiff to name rebuttal experts for all other counterclaims is extended until December 28, 2007, and the date for Plaintiff to serve rebuttal expert reports for all other counterclaims is extended until January 14, 2008.

**SO ORDERED.**

_____          _____

Date                                    Judge Emmet G. Sullivan