UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LINDA GREEN,                        )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )   Civil Action No. 07-298 (EGS)
                                    )
INTERSOLUTIONS, INC., *et al.*,     )
                                    )
                    Defendants.     )
_____)

### ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Serve Expert Reports, it is hereby **ORDERED** that Defendants' Motion to Extend Time to Serve Expert Reports and to Name Rebuttal Experts is **GRANTED**. Defendants shall serve expert reports by no later than **December 4, 2007.**

It is **FURTHER ORDERED** that the date for Plaintiff to name rebuttal experts regarding Defendants' Computer Fraud and Abuse Act claim is extended until two weeks after this Court has issued an order relating to Plaintiff's Motion to Dismiss Defendants' First and Seventh Counterclaims; and it is

**FURTHER ORDERED** that the date for Plaintiff to serve rebuttal expert reports regarding Defendants' Computer Fraud and Abuse Act claim is extended until four weeks after this Court has issued an order relating to Plaintiff's Motion to Dismiss Defendants' First and Seventh Counterclaims; and it is

**FURTHER ORDERED** that the date for Plaintiff to name rebuttal experts for all other counterclaims is extended until **December 28, 2007,** and the date for Plaintiff to serve rebuttal expert reports for all other counterclaims is extended until **January 14, 2008.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**November 28, 2007**