**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LINDA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO: 1:07CV00298-EGS-AK |
| | ) | Status Conference: Feb. 6, 2008 |
| | ) | |
| INTERSOLUTIONS, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO EXTEND TIME TO SERVE EXPERT REPORTS

Defendants InterSolutions, Inc., Drew Golin, and Sara Walder, through their undersigned counsel, hereby move this Court to extend the deadline for Defendants to serve expert reports until ten days after receipt of the transcript of the deposition of Plaintiff Linda Green.[1] The deadline currently set for Defendants to serve expert reports is December 4, 2007.

Pursuant to the Court's July 10, 2007, Scheduling Order, the deadline for Defendants to serve expert reports was November 16, 2007.

On November 16, 2007, Defendants filed a consent motion seeking an extension until December 4, 2007, to serve expert reports. Plaintiff consented to Defendants' request in exchange for an extension of time for Plaintiff to name rebuttal experts and serve rebuttal expert reports relating to Defendants' Computer Fraud and Abuse Act claim until two weeks (four weeks for expert reports) after the Court rules on Plaintiff's Motion to Dismiss.

---

[1] Counsel for Defendants contacted counsel for Plaintiff about the substance of this motion but has heard nothing in response from counsel for Plaintiff.

On November 28, 2007, the Court granted Defendants' consent motion.

Defendants hereby move the Court for a second extension of the time to serve expert reports until ten days after receipt of the transcript of the deposition of Plaintiff Linda Green. Defendants have noticed Plaintiff's deposition for Wednesday, November 12.

Defendants' expert's opinion will be aided by the deposition testimony of Plaintiff. Certain of Defendants' expert's opinions concern Plaintiff's use of a laptop computer she used while in the employ of Defendants. Testimony from Plaintiff at her deposition will help Defendants' expert put his findings in context and arrive at a considered opinion.

Plaintiff will not be prejudiced by the Court granting Defendants requested extension of time. First, the Court has previously extended the date for Plaintiff to name experts and serve expert reports relating to Defendants' Electronic Communications Privacy Act counterclaim until two weeks (four weeks for expert reports) after the Court's disposition of Plaintiff's Motion to Dismiss Defendants' ECPA counterclaim. *See* Oct. 4, 2007, Minute Order; Oct. 19, 2007, Minute Order. Second, the Court also has extended the date for Plaintiff to name rebuttal experts and serve rebuttal expert reports until two weeks (four weeks for rebuttal expert reports) after the Court's disposition of Plaintiff's Motion to Dismiss Defendants' First and Seventh Counterclaims. Nov. 28, 2007, Order. Third, the dates for Plaintiff to name rebuttal experts and serve rebuttal expert reports for all other counterclaims was extended to December 28, 2007, and January 14, 2007, respectively. *See Id.* To assuage any concerns of prejudice concerning these dates, Defendants hereby consent to extending the date for Plaintiff to name rebuttal experts and serve rebuttal expert reports for all other counterclaims until two weeks and four weeks, respectively, after Defendants serve their expert report.

WHEREFORE, Defendant requests that this Court to extend the deadline for Defendants to serve expert reports until ten days after receipt of the transcript of the deposition of Plaintiff Linda Green.

Date: December 4, 2007                               Respectfully submitted,

                                                     ____/s/_____
                                                     Manesh K. Rath (DC Bar No. 457835)

                                                     *rath@khlaw.com*
                                                     Keller and Heckman LLP
                                                     1001 G Street, N.W., Suite 500 West
                                                     Washington, D.C. 20001
                                                     Tel: (202) 434-4182
                                                     Fax: (202) 434-4646

                                                     Counsel for Defendants

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 4, 2007, a copy of the foregoing was served by CM/ECF software to:

Lori B. Kisch (D.C. Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Avenue, N.W.
Washington, D.C. 20009
Tel.: (202) 467-4123
Fax: (202) 467-4489

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax.: (202) 319-1010

Counsel for Plaintiff

                                                    \_\_\_\_/s/_____
                                                    Manesh K. Rath

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LINDA GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO: 1:07-CV-00298-EGS-AK |
| ) | |
| INTERSOLUTIONS, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**(PROPOSED) ORDER**

Upon consideration of Defendants' Motion to Extend Time to Serve Expert Reports, it is hereby **ORDERED** that Defendants' Motion to Extend Time to Serve Expert Reports and to Name Rebuttal Experts is **GRANTED**. Defendants shall serve expert reports within 10 days of receipt of the transcript of the deposition of Plaintiff Linda Green.

It is **FURTHER ORDERED** that the date for Plaintiff to name rebuttal experts for all other counterclaims is extended until two weeks after Defendants serve expert reports, and the date for Plaintiff to serve rebuttal expert reports for all other counterclaims is extended until four weeks after Defendants serve expert reports.

**SO ORDERED.**

_____          _____
Date                                              Judge Emmet G. Sullivan