## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

LINDA GREEN,                                    )
                                                )
                Plaintiff,                      )
                                                )
        v.                                      )     CIVIL NO: 1:07CV00298-EGS
                                                )     Status Conference: Feb. 6, 2008
                                                )     Judge Emmet Sullivan
                                                )     Magistrate Judge Alan Kay
                                                )
INTERSOLUTIONS, INC., ET AL.,                   )
                                                )
                Defendants.                     )
_____)

## MOTION TO EXTEND DEADLINES TO
## IDENTIFY AND SERVE CERTAIN
## OF PLAINTIFF'S REBUTTAL EXPERT REPORT(S)

Plaintiff Linda Green ("Plaintiff"), through her undersigned Counsel, hereby

moves this Court to extend the deadline for Plaintiff to name her rebuttal expert(s) and

serve her expert rebuttal report(s) relating to certain of Defendants' Counterclaims to

three weeks and five weeks, respectively, after Defendants serve their expert reports.

The Court has already extended the deadline for identifying rebuttal experts and

serving expert and rebuttal expert reports relating to Defendants' Computer Fraud and

Abuse Act counterclaim until the Court resolves Plaintiff's pending Motion to Dismiss

this counterclaim.  Order, November. 28, 2007, Dkt. 44, at 2.  In addition, the Court has

extended Plaintiff's deadline for identifying experts and serving expert reports related to

Defendants' Electronic Communications Privacy Act counterclaim pending the Court's

resolution of Plaintiff's Motion to Dismiss that counterclaim.  Minute Order, October 19,

2007.

The deadline currently set for Plaintiff to name her rebuttal experts regarding all of Defendants' other counterclaims is December 28, 2007.  Order, November 28, 2007, Dkt. 44, at 2.  This due date was twenty-four days after the date on which Defendants were ordered to serve their expert reports: December 4, 2007.  *Id.* at 1.  Plaintiff's deadline for serving her rebuttal expert report(s) regarding all of Defendants' other counterclaims is January 14, 2008.  *Id.*  at 2.  This date is seventeen days after Plaintiff's deadline for identifying her rebuttal expert.  *Id.*

However, Defendants did not serve their expert report on December 4, 2007. Instead, they filed a second motion to extend the time for serving their expert report until ten days after receipt of Plaintiff's deposition transcript.  Dkt. 46.  Briefing on Defendants' motion for an extension is not yet complete and is not scheduled to be completed until December 26, 2007.

Because Plaintiff will likely not have received Defendants' expert report prior to December 28, 2007, Plaintiff will not know by that date whether a rebuttal expert will be necessary.  Therefore, Plaintiff respectfully requests that the Court extend the time for Plaintiff to identify her rebuttal expert and serve her rebuttal expert report until three weeks and five weeks, respectively, until after Defendants serve their expert report, which is the amount of time originally allotted to Plaintiff in the Court's July 10, 2007 Scheduling Order.  Dkt. 19.

Defendants originally consented to an extension of the deadlines relating to Plaintiff's rebuttal expert(s) in their Motion to Extend Time to Serve Expert Reports. Dkt. 46 at 2 ("Defendants hereby consent to extending the date for Plaintiff to name rebuttal experts and serve rebuttal reports for all other counterclaims until two weeks and

four weeks, respectively, after Defendants serve their expert report."). However, during a

conference call with counsel for Defendants on December 19, 2007, counsel stated that

he no longer consents to such an extension for Plaintiffs. Subsequent to the conference

call, Plaintiff sought to confirm that Defendants would not consent to this motion.

Plaintiff's counsel was not able to obtain a definitive response from Defendants' counsel.

Through this extension Plaintiff merely requests that she be given the same

amount of time to identify rebuttal experts and serve rebuttal expert reports as she would

have received under the original scheduling order. Dkt. 19. Any objections by

Defendants' to this requested extension is perplexing. Because Defendants did not serve

their expert reports on December 4, 2007, as they were required, Defendants would have

Plaintiff identify and likely serve her rebuttal report without first receiving Defendants'

report.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant her

Motion to Extend Deadlines to Identify and Serve Certain of Plaintiff's Rebuttal Expert

Report(s).

Respectfully submitted this 21st day of December, 2007.

 /s/ Lori B. Kisch
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123

Susan E. Huhta (DC Bar No. 453478)
Katherine Gillespie (DC Bar No. 480013)
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFF***

## **STATEMENT PURSUANT TO LCvR 7.1(m)**

I, Lori B. Kisch, Counsel for Plaintiffs conferred with Defendants' counsel via telephone and emails regarding the substance of this Motion.  I received conflicting responses from Defendants' Counsel regarding whether or not Defendants would consent to this Motion.  During a conference call on December 18, 2007, Counsel for Defendants stated that he would not consent to the motion.  In a subsequent email, he denied stating that he would not consent.  I attempted to confer again over the telephone on December 21, 2007.  Despite having scheduled a December 21st conference call on discovery matters, Counsel for Defendants would not take my call.  Nor did Counsel for Defendants respond to my email of December 21st,  sent to Defendants' Counsel only minutes after he emailed Plaintiffs' Counsel, in which I requested a clarification on whether Defendants would consent to this Motion.

_____/s/ Lori B. Kisch_____

Lori B. Kisch

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, the foregoing Motion to Extend the Deadlines To Identify and Serve Certain of Plaintiff's Rebuttal Expert Report(s) and Proposed Order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


By:
    /s/ Lori B. Kisch_____
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
LINDA GREEN,                                )
                                                        )
            Plaintiff,                             )
                                                        )
      v.                                              )     CIVIL NO: 1:07CV00298-EGS
                                                        )     Status Conference: Feb. 6, 2008
                                                        )     Judge Emmet G. Sullivan
                                                        )     Magistrate Judge Alan Kay
                                                        )
INTERSOLUTIONS, INC., ET AL.,          )
                                                        )
            Defendants.                          )
                                                        )
_____)

**PROPOSED ORDER**

WHEREAS Plaintiff Linda Green has filed a Motion to extend her deadline for

identifying rebuttal expert(s) and serving rebuttal expert report(s) relating to all of Defendants'

counterclaims other than Defendants' Computer Fraud and Abuse Act ("CFAA") counterclaim

and other than Defendants' Electronic Communications Privacy Act counterclaim (ECPA),

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and

IT IS FURTHER ORDERED that Plaintiff shall identify any rebuttal expert(s) relating to

Defendants' counterclaims other than Defendants' CFAA and ECPA counterclaims three weeks

after Defendants serve their expert report(s), and

IT IS FURTHER ORDERED that Plaintiff shall serve any rebuttal expert report(s)

relating to Defendants' counterclaims other than Defendants' CFAA and ECPA counterclaims

five weeks after Defendants serve their expert report(s).

Dated: _____          _____
                                                    The Honorable Alan Kay
                                                    United States Magistrate Judge