UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L<small>INDA</small> G<small>REEN</small>, ) | |
|     Plaintiff, ) | CIVIL NO: 1:07CV00298-EGS |
| ) | Status Conference: Feb. 6, 2008 |
| v. ) | Judge Emmet G. Sullivan |
| ) | Magistrate Judge Alan Kay |
| I<small>NTER</small>S<small>OLUTIONS</small>, I<small>NC</small>., <small>ET AL</small>., ) | |
|     Defendants. ) | |

**PLAINTIFF'S REQUEST FOR CLARIFICATION OF THE
COURT'S JANUARY 2, 2008 MINUTE ORDER**

Plaintiff Linda Green respectfully submits this Request for Clarification of the Court's January 2, 2008 Minute Order.

On December 27, 2007, the Court entered a Minute Order stating, *inter alia*, that "All discovery is temporarily STAYED until further order of the Court." Minute Order, Dec. 27, 2007.

Today, January 2, 2008, the Court issued another Minute Order stating: "The Court issues this minute order in response to an ex parte telephone inquiry of defense counsel on January 2, 2008. The Court's order staying discovery until further order of the Court applies to the filing of any motions to resolve any discovery disputes." Minute Order, Jan. 2, 2008.

Plaintiff remains unclear whether the current stay on discovery applies to opposition memoranda and reply memoranda related to discovery motions that were pending before the Court prior to the entry of the stay of discovery, or whether it is limited to the filing of new discovery motions. Plaintiff has due today an Opposition to Defendants' Motion for Leave to Re-Issue Subpoenas [Dkt. 53], and her Opposition to Defendants' Motion to Compel [Dkt. 57] is

due Friday, January 4, 2008. Plaintiff was prepared to timely file both of these Opposition Memoranda, but does not wish to violate the Court's January 2, 2008 Minute Order by doing so. She therefore seeks clarification from the Court whether the stay on discovery is applicable to opposition and reply memoranda regarding discovery motions currently pending before the Court.

Should the stay on discovery not apply to opposition and reply memoranda regarding discovery motions currently pending before the Court, Plaintiff respectfully requests two additional days from the date of the Court's clarification of its January 2, 2008 Order to file her Oppositions to Defendants' Motion for Leave to Re-Issue Subpoenas and Defendants' Motion to Compel.

Plaintiff's counsel attempted to contact Defendants' counsel upon receipt of the Court's January 2, 2008 Minute Order, so that the parties could call the Court for further clarification. Plaintiff's counsel was unable to reach Defendants' counsel. *See* Ex. 1, Kisch Declaration.

Respectfully submitted this 2d day of January, 2008,

/s/ Lori B. Kisch
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W. Suite 300
Washington, D.C. 20009
(202) 467-4123

Susan E. Huhta (DC Bar No. 453478)
Katherine Gillespie (DC Bar No. 480013)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W. Suite 400
Washington, D.C. 20036
(202) 319-1000

**ATTORNEYS FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2d day of January, 2008, the foregoing Request for Clarification of the Court's January 2, 2008 Minute Order and attached exhibit were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      By:
         /s/ Lori B. Kisch
      Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO: 1:07CV00298-EGS |
| ) | Status Conference: Feb. 6, 2008 |
| ) | |
| INTERSOLUTIONS, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF LORI B. KISCH

I, Lori B. Kisch, state the following:

1. I am an attorney with the law firm Wiggins, Childs, Quinn & Pantazis, PLLC ("WCQP") located in its Washington, D.C. office.

2. I have personal knowledge of the facts stated herein, and am competent to testify.

3. I am a member in good standing of the Bars of the District of Columbia and Maryland.

4. Upon receiving the Court's Minute Order of today at 4:48 p.m., I immediately called both Mr. Manesh Rath and Mr. Robert Sheffield, Counsel for Defendants, to arrange to call the Court for a clarification of the Minute Order of this afternoon.

5. I left a voicemail for both Mr. Rath and Mr. Sheffield as to the nature of my inquiry.

6. Specifically, I informed Mr. Rath and Mr. Sheffield, via voicemail, that I wanted to call the Court to clarify whether the stay related to pending deadlines for discovery

2

motions that had already been filed, or whether it only pertained to the filing of new motions because Plaintiff has a deadline of today to respond to a pending discovery motion.

7.      As of the filing of this request for clarification, I have not received a return call from opposing counsel.

Executed this 2nd day of January, 2008 in Washington, D.C.

_L-K_

Lori B. Kisch