A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Linda Green

    Plaintiff(s)

     vs.

InterSolutions, Inc., et al.

    Defendant(s)

)
)
)
)
)
)
)
)

## APPEARANCE

CASE NUMBER 1:07CV00298-EGS

To the Clerk of this court and all parties of record:

Please enter the appearance of  <u>Abby Morrow Richardson</u>   as counsel in this

        (Attorney's Name)

case for:  <u>Linda Green</u>

       (Name of party or parties)

<u>2/12/2008</u>
Date

<u>978118</u>
BAR IDENTIFICATION

_____
Signature

Abby Morrow Richardson
Print Name

Wiggins Childs Quinn & Pantazis, PLLC
Address

2031 Florida Ave. NW, Suite 300 Washington, DC 20009
City   State   Zip Code

(202) 467-4123
Phone Number