IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO: 1:07CV00298-EGS |
| ) | Settlement Conference: Feb. 28, 2008 |
| ) | Judge Emmet Sullivan |
| ) | Magistrate Judge Alan Kay |
| ) | |
| INTERSOLUTIONS, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HER MOTION TO EXTEND DEADLINES TO IDENTIFY AND SERVE CERTAIN OF PLAINTIFF'S REBUTTAL EXPERT REPORT(S)**

Plaintiff Linda Green ("Plaintiff"), through her undersigned counsel, hereby submits this Supplemental Memorandum in Support of her Motion to Extend Deadlines to Identify and Serve Certain of Plaintiff's Rebuttal Expert Report(s) ("Motion") [Dkt. 55] due to intervening events since she filed her Motion, namely, the Court's ruling on Plaintiff's Motion to Dismiss and Defendants' ongoing failure to serve their expert's report.

On December 12, 2007, Plaintiff filed her Motion to extend the deadlines to identify her rebuttal expert(s) and serve her rebuttal expert report(s) related to all of Defendants' counterclaims, except the Computer Fraud and Abuse Act ("CFAA") and Electronic Communications Privacy Act ("ECPA") counterclaims, until three weeks and five weeks, respectively, after Defendants serve their expert report, which is the amount of time originally allotted to Plaintiff in the Court's July 10, 2007 Scheduling Order [Dkt.

19]. *See* Motion at 2-3. At the time Plaintiff filed her Motion, the deadlines for identifying rebuttal experts and serving rebuttal expert reports related to Defendants' CFAA and ECPA counterclaims already had been extended by the Court until after its ruling on the Plaintiff's Motion to Dismiss those counterclaims. *See* Order, Nov. 28, 2007, Dkt. 44 and Minute Order Oct. 19, 2007.

The Court denied Plaintiff's Motion to Dismiss on January 31, 2008, *see* Minute Order Jan. 31, 2008, and, therefore, Plaintiff's deadline for identifying rebuttal experts and serving expert rebuttal reports related to Defendants' CFAA counterclaim would have been February 14, 2008, s*ee* Dkt. 44 at 2, had Judge Sullivan not indicated in the February 6, 2008 status conference that he would extend the time for serving expert rebuttal reports and that he would refer all discovery matters to Judge Kay for final resolution.

Defendants have not yet served their expert's report, and have moved to extend the deadline for doing so until after they have taken Plaintiff's deposition and received the transcript. *See* Dkt. 46.[1] Therefore, until such time as Defendants serve their expert's report, Plaintiff is unaware whether she will need a rebuttal expert, and if so, for which of Defendants' counterclaims.

Therefore, Plaintiff hereby amends her Motion to Extend Deadlines to Identify and Serve Certain of Plaintiff's Rebuttal Expert Report(s), such that she now requests that the deadlines for identifying rebuttal experts related to any of Defendants' counterclaims and serving the related expert report(s) be extended to three and five weeks, respectively, until after Defendants serve their expert report, which is the amount of time originally

---

[1] Plaintiff opposed Defendants' request on December 14, 2007. [Dkt. 50].

2

allotted to Plaintiff in the Court's July 10, 2007 Scheduling Order [Dkt. 19]. An updated

Proposed Order, incorporating Plaintiff's amended request, is attached hereto.

Respectfully submitted this 14th day of February, 2008.

    /s/ Lori B. Kisch
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Abby M. Richardson (DC Bar No. 978118)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123

Susan E. Huhta (DC Bar No. 453478)
Katherine Gillespie (DC Bar No. 480013)
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of February, 2008, the foregoing Supplemental Memorandum in Support of Plaintiff's Motion to Extend the Deadlines To Identify and Serve Certain of Plaintiff's Rebuttal Expert Report(s) and Proposed Order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      By:
         /s/ Lori B. Kisch
      Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LINDA GREEN,                        )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   CIVIL NO: 1:07CV00298-EGS
                                    )   Settlement Conference: Feb. 28, 2008
                                    )   Judge Emmet G. Sullivan
                                    )   Magistrate Judge Alan Kay
                                    )
INTERSOLUTIONS, INC., ET AL.,       )
                                    )
         Defendants.                )
                                    )
_____ )

**PROPOSED ORDER**

WHEREAS Plaintiff Linda Green has filed a Motion to extend her deadline for identifying rebuttal expert(s) and serving rebuttal expert report(s) relating to all of Defendants' counterclaims,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and

IT IS FURTHER ORDERED that Plaintiff shall identify any rebuttal expert(s) relating to Defendants' counterclaims three weeks after Defendants serve their expert report(s), and

IT IS FURTHER ORDERED that Plaintiff shall serve any rebuttal expert report(s) relating to Defendants' counterclaims five weeks after Defendants serve their expert report(s).

Dated: _____          _____
                                 The Honorable Alan Kay
                                 United States Magistrate Judge