IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LINDA GREEN,                        )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   CIVIL NO: 1:07CV00298-EGS
                                    )   Magistrate Judge Alan Kay
                                    )   Settlement Conference Feb. 28, 2008
INTERSOLUTIONS, INC., ET AL.,       )
                                    )
         Defendants.                )
                                    )
_____)

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE
REPLY MEMORANDUM IN SUPPORT OF HER MOTION TO SHOW CAUSE
WHY DEFENDANTS' COUNSEL SHOULD NOT BE HELD
IN CONTEMPT OF COURT AND FOR SANCTIONS**

Plaintiff Linda Green ("Plaintiff"), through her undersigned Counsel, hereby moves this Court to extend by three days, until Friday, February 22, the deadline for Plaintiff to file a Reply Memorandum In Support of Her Motion to Show Cause Why Defendants' Counsel Should Not Be Held in Contempt of Court and for Sanctions ("Reply").

The deadline currently set for Plaintiff to file her Reply is February 19. Counsel for Plaintiff is attempting to negotiate with Defendants' counsel the resolution of two pending motions, including the pending Motion to Show Cause Why Defendants' Counsel Should Not Be Held in Contempt of Court and for Sanctions, which would result in the withdrawal of those motions from this Court's docket. In order to give the parties sufficient time to negotiate the resolution of these issues and in order not to waste the

Court's resources deciding matters that may be resolved by the parties without Court intervention, an extension of time is warranted.

Plaintiff's counsel sent a letter via electronic mail to Defendants' Counsel on February 15, 2008, and followed up with two emails on February 19th regarding the proposed resolution of the underlying motions which would moot the filing of the Reply. As of the filing of this motion, Defendants' Counsel has not responded to Plaintiff's Counsel's inquiries. Plaintiff's Counsel also emailed Defendants' Counsel on February 19th inquiring whether Defendants would consent to this Motion. Defendants' Counsel did not respond.

Respectfully submitted this 19th day of February, 2008.

    /s/ Lori Kisch
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Abby M. Richardson (DC Bar No. 978118)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123

Susan E. Huhta (DC Bar No. 453478)
Katherine Gillespie (DC Bar No. 480013)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W. Suite 400
Washington, D.C. 20036
(202) 319-1000

*ATTORNEYS FOR THE PLAINTIFF*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of February, 2008, the foregoing Motion to Extend Time to File Reply Memorandum In Support of Her Motion to Show Cause Why Defendants' Counsel Should Not Be Held In Contempt of Court and for Sanctions and Proposed Order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    By:
     /s/ Lori B. Kisch
    Attorney for Plaintiff

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
LINDA GREEN,                                   )
                                                          )
       Plaintiff,                             )
                                                          )
       v.                                           )   CIVIL NO: 1:07CV00298-EGS
                                                          )   Magistrate Judge Alan Kay
                                                          )
INTERSOLUTIONS, INC., ET AL.,     )
                                                          )
       Defendants.                         )
                                                          )
_____)

## PROPOSED ORDER

WHEREAS Plaintiff has filed a motion for the Court to grant an extension of time to file a reply in support of her Motion to Show Cause Why Defendants' Counsel Should Not Be Held in Contempt of Court and for Sanctions, Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file the reply is hereby extended until February 22, 2008.

                                                                                                    _____
                                                                             The Honorable Alan Kay
                                                                             UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2008.