IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
LINDA GREEN,                           )
                                       )
         Plaintiff,                    )
                                       )
    v.                                 )   CIVIL NO: 1:07CV00298-EGS
                                       )   Magistrate Judge Alan Kay
                                       )
INTERSOLUTIONS, INC., ET AL.,          )
                                       )
         Defendants.                   )
                                       )
_____)

**PLAINTIFF'S NOTICE OF FILING OF RESPONSE TO
MAGISTRATE JUDGE KAY'S MINUTE ORDER OF FEBRUARY 15, 2008**

Pursuant to this Court's Minute Order of February 15, 2008, Plaintiff, through her undersigned counsel, hereby submits this response memorandum to the inquiries raised by Magistrate Judge Kay.

First, Plaintiff's deposition has not yet been taken. In its Minute Order of December 7, 2007, this Court ruled that "Plaintiff's deposition is postponed pending the Court's resolution of Plaintiff's Motion to Compel." On February 6, 2008, this Court granted, in part, Plaintiff's Motion to Compel. Defendants' supplemental discovery responses subject to the Court's February 6th Order are due to be served on February 21, 2008. Plaintiff has provided Defendants with her available dates for her deposition in early March and awaits Defendants' response regarding such dates.

As of today, the issues raised in Defendants' Motion to Extend Time to Serve Expert Reports are not yet moot. However, Plaintiff's counsel is hopeful that an

agreement can be reached with defense counsel to both moot Defendants' motion, and allow Plaintiff to withdraw her somewhat related Motion for an Order to Show Cause and for Sanctions.  Upon receipt of the February 15 Minute Order, Plaintiff's counsel emailed Defense counsel a letter offering to withdraw her Motion for an Order to Show Cause and for Sanctions in exchange for Defendants' stipulation that they would serve their expert reports (if any) within two weeks of the date of Plaintiff's deposition.  (If such an agreement were reached, Defendants' Motion to Extend Time to Serve Expert Reports would be rendered moot and could also be withdrawn.)

     Plaintiff's counsel has sent two subsequent emails and also attempted to reach defense counsel by phone regarding the proposal and the need to respond to the Court's minute order, but to date we have received no response from Defense counsel.  Plaintiff's counsel will continue to attempt to reach defense counsel to negotiate a resolution of the issues raised in the two motions at issue such that they may be withdrawn or otherwise rendered moot.

Respectfully submitted this 20th day of February, 2008.

       /s/ Lori Kisch_____
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Abby M. Richardson (DC Bar No. 978118)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123

        Susan E. Huhta (DC Bar No. 453478)
        Katherine Gillespie (DC Bar No. 480013)
        Washington Lawyers' Committee for Civil
        Rights and Urban Affairs
        11 Dupont Circle, N.W. Suite 400
        Washington, D.C. 20036
        (202) 319-1000
        ***ATTORNEYS FOR THE PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of February, 2008, the foregoing Plaintiff's Notice of Filing of Response to Magistrate Judge Kay's Minute Order of February 15, 2008, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


By:
    /s/ Lori B. Kisch_____
Attorney for Plaintiff