IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO: 1:07CV00298-EGS |
| ) | Magistrate Judge Alan Kay |
| ) | Settlement Conference Feb. 28, 2008 |
| INTERSOLUTIONS, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF HER OPPOSITION TO DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO SERVE EXPERT REPORTS**
**AND**
**PLAINTIFF'S NOTICE OF WITHDRAWAL OF HER MOTION FOR AN ORDER TO SHOW CAUSE AND FOR SANCTIONS**

Plaintiff hereby consents to the relief sought in Defendants' Second Motion for Extension of Time to Serve Expert Reports [Dkt. 46], which requests that Defendants be permitted to serve their expert report (if any) within ten days of the receipt of Plaintiff's deposition transcript. Plaintiff hereby withdraws her Opposition to that Motion [Dkt. 50].

Plaintiff hereby withdraws her Motion for an Order to Show Cause Why Defendants' Counsel Should Not Be Held in Contempt of Court and for Sanctions [Dkt. 51].

Respectfully submitted this 22nd day of February, 2008.

/s/ Lori Kisch
Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Abby M. Richardson (DC Bar No. 978118)
Wiggins, Childs, Quinn & Pantazis, PLLC
2031 Florida Ave. N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123

Susan E. Huhta (DC Bar No. 453478)
Katherine Gillespie (DC Bar No. 480013)
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 Dupont Circle, N.W. Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22d day of February, 2008, the foregoing Plaintiff's Notice of Withdrawal of Her Opposition to Defendants' Second Motion for Extension of Time to Serve Expert Reports and Plaintiff's Withdrawal of Her Motion for an Order to Show Cause and for Sanctions was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


By:
\_\_\_/s/ Lori B. Kisch_____
Attorney for Plaintiff